# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151044 & (15)(20)(21)(22)(23)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 151044
                             COA: 323872

KELVIN DAVID MOFFIT,
      Defendant-Appellant.
                          Missaukee CC: 97-101309-FC
                                   97-101310-FC

_____/

      On order of the Court, the motion to add a new issue, and the motion to amend that motion, are DENIED. The application for leave to appeal the November 6, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand and the motions to consolidate cases are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



a0620

Clerk